# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 18, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

161121(37)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

IVY ALICE WIMMER, f/k/a IVY ALICE
MONTANO,
      Plaintiff-Appellee,

v

SC: 161121
COA: 351762
Oakland CC: 2012-802216-DO

MARIO ALLAN MONTANO,
      Defendant-Appellant.
_____/

      On order of the Chief Justice, the motion of defendant-appellant to waive the filing fees is GRANTED in this case only.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 18, 2020



Clerk